**OPTIMISCORP, Defendant Below, Appellant,**

v.

**William HORNE, Plaintiff Below, Appellee.**

No. 223, 2017

Supreme Court of Delaware.

Submitted: December 13, 2017

Decided: December 15, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 12268–VCS

AFFIRMED.

■

**POPE INVESTMENTS LLC, Pope Investments II, LLC and China Alarm Holdings Acquisition LLC, Defendants Below, Appellants,**

v.

**The MARILYN ABRAMS LIVING TRUST, Plaintiff Below, Appellee.**

No. 259, 2017

Supreme Court of Delaware.

Submitted: December 13, 2017

Decided: December 15, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 12829–VCL.

AFFIRMED.

■

**Robert W. SEIDEN Esq., in his capacity as Receiver for Southern China Livestock, Inc., Plaintiff Below, Appellant,**

v.

**SHU KANEKO a/k/a Joseph Kaneko, Defendant Below, Appellee.**

No. 174, 2017

Supreme Court of Delaware.

Submitted: December 6, 2017

Decided: December 15, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 9861–VCS

AFFIRMED.